# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

**Case No. 20-61915-Civ-COOKE/HUNT**

GOYARD ST-HONORE,

    Plaintiff,

vs.

CRABAG, *et al.,*

    Defendants.

_____/

## CERTIFICATE OF SERVICE

I certify and declare that I am over the age of 18 years, employed in the county of Broward, and I am an attorney for Plaintiff, Goyard St-Honore, in the above captioned action.

On December 28, 2020, Stephen M. Gaffigan, P.A. posted copies of the following document(s) on the website http://servingnotice.com/Ya21M/index.html, in compliance with this Court's Order dated December 11, 2020 [D.E. 13]:

1. Complaint
2. Civil Cover Sheet
3. AO-120 Form
4. Corporate Disclosure Statement
5. Motion to File Under Seal
6. Proposed Order Granting Motion to File Under Seal
7. *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction and Order Restraining Transfer of Assets and Memorandum of Law Thereof ("*Ex Parte* Application for TRO")

8. Declaration of T. Raquel Wiborg-Rodriguez in Support of *Ex Parte* Application for TRO

9. Declaration of Kathleen Burns in Support of *Ex Parte* Application for TRO, together with supporting exhibits

10. Declaration of Jean-Laurent Thierry in Support of *Ex Parte* Application for TRO

11. Proposed Order Granting *Ex Parte* Application for Entry of Temporary Restraining Order

12. *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants Pursuant to Federal Rule of Civil Procedure 4(f)(3)

13. Declaration of T. Raquel Wiborg-Rodriguez in Support of Motion for Order Authorizing Alternate Service of Process, together with supporting exhibit

14. Proposed Order Granting Motion for Order Authorizing Alternate Service of Process

15. Order of Referral and Order Regarding Court Practices and Procedures

16. Order Granting Motion to File Under Seal

17. Notice of Sealed Filing

18. Motion for Additional Time to Serve Defendants

19. Proposed Order Granting Motion for Additional Time to Serve Defendants

20. Order Granting Time to Serve Defendants

21. Order Granting In Part and Referring In Part Plaintiff's *Ex Parte* Application for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets

22. Order Setting Hearing on Plaintiff's *Ex Parte* Motion for Preliminary Injunction

23. *Ex Parte* Motion to Extend Temporary Restraining Order

24. Proposed Order Granting Motion to Extend Temporary Restraining Order

25. Order Granting Motion to Extend Temporary Restraining Order

26. Notice of Filing Bond

27. Motion to Unseal

28. Proposed Order Granting Motion to Unseal

29. Amended Complaint

Dated:  December 31, 2020                    Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By:  s:/*Stephen M. Gaffigan/*
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez(Fla. Bar No. 103372)
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Raquel@smgpa.net

Attorneys for Plaintiff, Goyard St-Honore