UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-61915-CIV-COOKE/HUNT

GOYARD ST-HONORE,

    Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.

_____/

## PLAINTIFF'S NOTIFICATION OF NINETY DAYS EXPIRING

Pursuant to L.R. 7.1(b)(4)(B), Plaintiff, Goyard St-Honore ("Plaintiff"), by and through its undersigned counsel, hereby gives notification of ninety days expiring in connection with the Report and Recommendation on Plaintiff's Motion for Preliminary Injunction, (the "Report and Recommendation"), dated January 5, 2021 (ECF No. 25).

On January 5, 2021, the Honorable Magistrate Patrick M. Hunt convened a hearing on Plaintiff's Motion for Preliminary Injunction (ECF No. 28) and entered the Report and Recommendation on the same day, recommending that Plaintiff's Motion for Preliminary Injunction be granted (ECF No. 25). The Report and Recommendation was served upon Defendants on January 5, 2021. (See ECF Nos. 29 and 30, Certificates of Service.) The Report and Recommendation is still pending and there has been no further ruling from the Court.

DATED: April 15, 2021.    Respectfully submitted,

    STEPHEN M. GAFFIGAN, P.A.

    By: **T. Raquel Wiborg-Rodriguez**
    Stephen M. Gaffigan (Fla. Bar No. 025844)

Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.net
E-mail: Leo@smgpa.net
E-mail: Raquel@smgpa.net

Attorneys for Plaintiff, GOYARD ST-HONORE