UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-61915-Civ-COOKE/HUNT

GOYARD ST-HONORE,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before me upon the Honorable Patrick M. Hunt's Report and Recommendation (the "Report") (ECF No. 25) regarding Plaintiff's Motion for Preliminary Injunction (the "Motion") (ECF No. 6). The Undersigned referred the Motion to Judge Hunt on October 5, 2020 and December 11, 2020. ECF Nos. 8 and 13; *see also* 28 U.S.C. § 636(b). Judge Hunt held an evidentiary hearing on the Motion on January 5, 2021. In his Report, Judge Hunt notes that at the hearing "only counsel for Plaintiffs was present and available to present evidence supporting the Motion for Preliminary Injunction. Defendants have not responded to the Motion for Preliminary Injunction, nor made any filing in this case, nor have the Defendants appeared in this matter either individually or through counsel." ECF No. 25 at pp. 1-2. Moreover, in his Report, Judge Hunt recommends that I grant the Motion. No objections were filed in relation to Judge Hunt's Report.

I have thoroughly conducted a *de novo* review of Plaintiff's Motion for Preliminary Injunction, Judge Hunt's Report and Recommendation, the record, and the relevant legal authorities. After review of the same, I find Judge Hunt's Report clear, cogent, and compelling. Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. Judge Hunt's Report and Recommendation on Plaintiff's Motion for Preliminary Injunction (ECF No. 25) is **AFFIRMED and ADOPTED** as the Order of this Court.
2. Plaintiff Goyard St. Honore's Motion for Preliminary Injunction (ECF No. 6) is

**GRANTED** as specified in Judge Hunt's Report and Recommendation.

**DONE and ORDERED** in Chambers at Miami, Florida this 16th day of April 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick M. Hunt, U.S. Magistrate Judge*
*Counsel of record*